**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MUSIC DEALERS, LLC, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 12 CV 712 |
| | ) | |
| v. | ) | Judge Sharon J. Coleman |
| | ) | |
| SIERRA BRAVO CORPORATION, | ) | Magistrate Judge Rowland |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**AGREED MOTION TO MODIFY DISCOVERY SCHEDULE**

Plaintiff/Counter-Defendant, Music Dealers, LLC ("MDL"), by and through its attorneys, Elvis Gonzalez, Ltd., moves the Court pursuant to Federal Rule of Civil Procedure 6 to enter an Order, extending the time for the completion of written fact discovery, and to modify the discovery schedule previously entered. In support thereof, MDL states as follows:

1. MDL instituted this action in the Circuit Court of Cook County on December 13, 2011, asserting causes of action arising out of a software application designed for it by Defendant/Counter-Plaintiff, Sierra Bravo Corporation ("SBC"). On Febraury 1, 2012, SBC filed a Notice of Removal.

2. On November 19, 2012, the Court entered a scheduling order, requiring, *inter alia*, written fact discovery to be completed by March 11, 2013, and oral fact discovery to be completed by June 17, 2013 ("the Scheduling Order").

3. The parties have each propounded and responded to written discovery requests, and each party has made its initial production of documents. However, the parties require additional time within which to negotiate the terms of a protective order, and to produce additional, confidential documents. In addition, additional time may be required to resolve

- 2 -

various objections raised in the parties' discovery responses, which is not anticipated by the current March 11, 2013 deadline for the completion of written fact discovery. As such, GTM requests that the current written fact discovery completion date be extended by thirty days to allow the parties to complete their document productions, and to resolve their differences or file motions to compel if they are unable to otherwise come to an accord, and that the other deadlines of the Scheduling Order be adjusted accordingly.

   4. The undersigned has consulted with counsel for SBC, who does not object to the instant motion. This is MDL's first request for an extension or modification of discovery deadlines.

   WHEREFORE, Plaintiff, Music Dealeres, LLC, respectfully prays that the Court enter an Order, extending the current deadline for the completion of written fact discovery and oral fact discovery by thirty days, extending the deadline for the filing of dispositive motions by thirty days, and for such other and further relief as the Court deems just and equitable.

          Respectfully Submitted,

          MUSIC DEALERS, LLC


          /s/ Elvis D. Gonzalez_____
          By:  Its Attorney

Elvis D. Gonzalez (ARDC NO. 6280115)
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison Street, Suite 1515
Chicago, Illinois 60602
312-558-9779
egonzalez@elvisgonzalezltd.com
405641.1-11270.00100