**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MUSIC DEALERS, LLC, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 12 CV 712 |
| | ) | |
| v. | ) | Judge Sharon J. Coleman |
| | ) | |
| SIERRA BRAVO CORPORATION, | ) | Magistrate Judge Rowland |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiff, Music Dealers, LLC ("MDL"), by and through its attorneys, Elvis Gonzalez, Ltd., moves the Court to enforce the settlement agreement previously reached by the parties. In support thereof, MDL states as follows:

1. MDL instituted this action in the Circuit Court of Cook County on December 13, 2011, asserting causes of action arising out of a software application designed for it by Defendant/Counter-Plaintiff, Sierra Bravo Corporation ("SBC"). On Febraury 1, 2012, SBC filed a Notice of Removal.

2. On May 20, 2013, the parties participated in a settlement conference with Magistrate Judge Rowland, at which time they reached a settlement of the claims asserted in this action.

3. On June 4, 2013, the parties fully executed a Confidential Settlement Agreement, memorializing their settlement ("the Settlement Agreement").

4. SBC was required to comply with the Settlement Agreement's payment provision by June 25, 2013.

- 2 -

5. As of the date of this Motion, SBC has not complied with the Settlement Agreement's payment provision.

WHEREFORE, Plaintiff, Music Dealers, LLC, respectfully prays that the Court enter an Order, enforcing the terms of the parties' settlement, awarding its reasonable attorney's fees in connection with bringing the instant motion, and for such other and further relief as the Court deems just and equitable.

                Respectfully Submitted,

                MUSIC DEALERS, LLC


                /s/ Elvis D. Gonzalez_____
                By: Its Attorney

Elvis D. Gonzalez (ARDC NO. 6280115)
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison Street, Suite 1515
Chicago, Illinois 60602
312-558-9779
egonzalez@elvisgonzalezltd.com
405649.1-11270.00100