UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MUSIC DEALERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:12-cv-00712 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Hon. Judge Sharon J. Coleman |
| SIERRA BRAVO CORPORATION, | ) | Hon. Mag. Judge Mary M. Rowland |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO WITHDRAW MOTION TO ENFORCE TERMS OF THE SETTLEMENT AGREEMENT

Plaintiff, Music Dealers, LLC ("MDL"), by and through its attorneys, Elvis Gonzalez, Ltd., moves the Court to allow it to withdraw its motion to enforce the terms of the settlement agreement previously reached by the parties. In support thereof, MDL states as follows:

1. On June 27, 2013, MDL filed a motion to enforce the terms of the settlement agreement ("the Motion") pursuant to a Confidential Settlement Agreement, memorializing the parties settlement ("the Settlement Agreement").

2. Since filing the Motion, the defendant, Sierra Bravo Corporation has complied with the terms of the Settlement Agreement's payment provision, and therefore MDL is seeking to withdraw its motion.

WHEREFORE, Plaintiff, Music Dealers, LLC, respectfully prays that the Court strike its Motion to Enforce Terms of the Settlement Agreement set for presentment on July 3, 2013, and for such further relief as the Court deems just and proper.

1

Dated: July 2, 2013                                   Respectfully Submitted,

                                                                          MUSIC DEALERS, LLC


                                                                          By:  /s/ Elvis Gonzalez_____
                                                                              Its Attorney

Elvis D. Gonzalez (ARDC NO. 6280115)
ELVIS GONZALEZ, LTD.
Three First National Plaza
70 West Madison Street, Suite 1515
Chicago, Illinois 60602
312-558-9779
egonzalez@elvisgonzalezltd.com