# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DIVISION OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MUSIC DEALERS, LLC, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 12 CV 712 |
| | ) | |
| v. | ) | Judge Sharon J. Coleman |
| | ) | |
| SIERRA BRAVO CORPORATION, | ) | Magistrate Judge Rowland |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

## STIPULATION TO DISMISS

The above-captioned parties hereby stipulate and agree to the following:

1. The Parties hereby stipulate and agree that the instant proceeding shall be dismissed with prejudice.

2. Each party shall bear its own costs and attorneys fees.

Dated: July 3, 2013

_____
ELVIS GONZALEZ, LTD.
Elvis D. Gonzalez
Three First National Plaza
70 West Madison Street, Suite 1515
Telephone: (312) 558-9779
Facsimile: (312) 276-8119
*Counsel to GT Media, Inc.*

Dated: July 3, 2013

_____
LEWIS BRISBOIS BISGAARD & SMITH LLP
Hillard M. Sterling
550 West Adams Street, Suite 300
Chicago, IL 60661
Telephone: (312) 463-3410
Facsimile: (312) 345-1778
*Counsel to Sierra Bravo Corporation*